No. 891. CORVALLIS SAND & GRAVEL CO. ET AL. v. HOISTING & PORTABLE ENGINEERS LOCAL UNION No. 701 ET AL. Sup. Ct. Ore. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 1148, Misc. WRIGHT v. WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied.

No. 929. MASSACHUSETTS v. PAINTEN. C. A. 1st Cir. Certiorari granted. *Edward W. Brooke,* Attorney General of Massachusetts, and *Willie J. Davis,* Assistant Attorney General, for petitioner.

No. 56, Misc. BURGETT v. TEXAS. Ct. Crim. App. Tex. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. Petitioner *pro se. Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Charles B. Swanner* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

No. 817. HOLT ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *William Howard Payne* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin, Robert N. Anderson* and *Carolyn R. Just* for respondent.